IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| RENE COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:14-cv-549-SEB-DML |
| | ) |
| MAJOR HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

This Court having received the parties' "Joint Stipulation of Dismissal with Prejudice," being duly and fully advised in the premises, and finding good cause to grant said motion and enter a dismissal upon the Stipulation, now ORDERS AS FOLLOWS:

IT SHALL BE AND IS HEREBY ORDERED THAT:

The above-entitled action shall be and is hereby dismissed with prejudice, with each party to bear its own fees and costs.

08/18/2015

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system